

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-23-00062-CV
_____

BRYONNA K. JACKSON AND ELIJAH M. JOHNSON, APPELLANTS

V.

SPCP PARK SPRINGS OWNER, LLC
D/B/A TWENTYONE15 APARTMENTS, APPELLEE

On Appeal from the County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2022-005471-1, Honorable Don Pierson, Presiding

May 23, 2023

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellants, Bryonna K. Jackson and Elijah M. Johnson, proceeding pro se, appeal from the trial court's *Agreed Judgment*.[1] Appellants' brief was originally due April 19, 2023, but was not filed. By letter of April 26, 2023, we notified Appellants that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

received by May 8.  To date, Appellants have neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam